No. 491. SMOOT SAND & GRAVEL CORP. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David R. Shelton* and *Aaron L. Ford* for petitioner. *Vernon E.*

*West, Chester H. Gray* and *George C. Updegraff* for respondent.

